Bovis Lend Lease (LMB) Inc., Plaintiff/Third-Party Respondent, v Lower Manhattan Development Corporation, Defendant. Arch Insurance Co., Third-Party Appellant.

Submitted April 24, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.